# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONOVAN GEORGE DAVIS and DIANA ELEISE DAVIS ,**

                **Plaintiffs,**

**-vs-**                                                                 **Case No. 6:03-cv-1519-Orl-31KRS**

**PHILIP B. WILLIAMS and DEPUTY E. BECHT,**

                **Defendants.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs take nothing on their claims against the Defendants and judgment is entered in favor of the Defendants, *PHILIP B. WILLIAMS* and *DEPUTY E. BECHT*, and against the Plaintiffs, *DONOVAN GEORGE DAVIS* and *DIANA ELEISE DAVIS*.

Date:   May 13, 2005

                                                SHERYL L. LOESCH, CLERK

                                                s/ *M. Pleicones*, Deputy Clerk