**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONOVAN GEORGE DAVIS and DIANA ELEISE DAVIS,**

**-vs-**                                                Case No. 6:03-cv-1519-Orl-31KRS

**DEPUTY BECHT,**

_____

## ORDER

This matter comes before the Court on Plaintiff's post-verdict Motion to Tax Costs (Doc. 182) and Defendant's response thereto (Doc. 186).

Plaintiff seeks costs in the amount of $15,786.92. However, many of these costs are not recoverable under 28 U.S. C. Section 1920. And, as to those items that might be recoverable (*e.g.*, copies and depositions), Plaintiff has made no effort to show that they were necessarily incurred.

Based on Plaintiff's submission, the following costs will be allowed:

| | |
|---|---|
| Filing Fee | $150 |
| Service of Process | 60 |
| Total | $210 |

It is therefore,

**ORDERED** that Plaintiff's Motion is GRANTED, in part. The Clerk is directed to enter a cost judgment against Defendant in the amount of $210.00, and thereafter to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 11, 2007.

Copies furnished to:
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE